UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DERRICK WEST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-559 |
| **POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY,** | § § § § | |
| **DEFENDANTS** | § § | |

## DISCLOSURE OF INTERESTED PARTIES

Plaintiff Derrick West hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Derrick West, Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

    Respectfully submitted,

    /s/  Douglas B. Welmaker
    Douglas B. Welmaker
    Attorney-in-Charge
    State Bar No. 00788641
    Welmaker Law, PLLC
    409 N. Fredonia, Suite 118
    Longview, Texas 75601
    Phone: (512) 799-2048
    Email: doug@welmakerlaw.com

    **ATTORNEY FOR PLAINTIFF**