**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DERRICK WEST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § § | |
| **v.** | § § | **CIVIL ACTION NO. 4:25-cv-559** |
| **POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY,** | § § § § | |
| **DEFENDANTS** | § § | |

---

**PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN OVERTIME LAWSUIT**

---

Please take notice that Plaintiff Derrick West hereby files the following Consent to Join Overtime Lawsuit:

Exhibit 1:           Consent of Michael Nelloms

2

Respectfully submitted,

Welmaker Law, PLLC

*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on February 25, 2025.

/s/ Douglas B. Welmaker
Douglas B. Welmaker