UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DERRICK WEST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION 4:25-cv-559** |
| **POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY,** | § § § § | |
| **Defendants.** | § § | |

## ORDER

Defendants Pot-O-Gold Rentals, LLC and Dennis Flynn's *Unopposed* Motion for Extension of Time to Respond to Plaintiff's Original Complaint is **GRANTED**.

IT IS THEREFORE ORDERED that Defendants shall file a responsive pleading by April 9, 2025.

SIGNED this _____ day of _____, _____.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE