United States District Court
Southern District of Texas
**ENTERED**
March 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK WEST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION 4:25-cv-559 |
| POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY, | § § § § | |
| Defendants. | § § | |

## ORDER

Defendants Pot-O-Gold Rentals, LLC and Dennis Flynn's *Unopposed* Motion for Extension of Time to Respond to Plaintiff's Original Complaint is **GRANTED**.

IT IS THEREFORE ORDERED that Defendants shall file a responsive pleading by April 9, 2025.

SIGNED this 21st day of March, 2025.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE