UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK WEST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION 4:25-cv-559 |
| POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY, | § § § § | |
| Defendants. | § § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants **POT-O-GOLD RENTALS, LLC** and **DENNIS FLYNN, INDIVIDUALLY** ("Defendants") hereby disclose the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation.

**PLAINTIFF**:
Derrick West, on behalf of himself and all others similarly situated

**COUNSEL FOR PLAINTIFF**:
Welmaker Law, PLLC

**DEFENDANT**:
Pot-O-Gold Rentals, LLC

**DEFENDANT**:
Dennis Flynn, Individually

Defendants are not aware of any other person or entity with a financial interest in the outcome of this litigation.

Respectfully submitted,

By: _____
**Carmen-Jo Rejda Ponce-Attorney-in-Charge**
State Bar No. 24079149
Fed. ID No. 1366666
crejdaponce@germer.com
**Tiffany Pham-Of Counsel**
State Bar No. 24100495
Fed. ID No. 3309872
tpham@germer.com
**Antonio Ramirez, III-Of Counsel**
State Bar No. 24113672
Federal ID. No. 3515678
aramirez@germer.com
**GERMER PLLC**
America Tower
2929 Allen Parkway, Suite 2900
Houston, TX 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**COUNSEL FOR DEFENDANTS
POT-O-GOLD RENTALS, LLC AND
DENNIS FLYNN, INDIVIDUALLY**

**CERTIFICATE OF SERVICE**

I certify that on April 16th 2025, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all known counsel of record pursuant to the Federal Rules of Civil Procedure.

_____
**Tiffany Pham**