**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DERRICK WEST, ON BEHALF OF** | § | |
| **HIMSELF AND ALL OTHERS** | § | |
| **SIMILARLY SITUATED,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION 4:25-cv-559** |
| | § | |
| **POT-O-GOLD RENTALS, LLC AND** | § | |
| **DENNIS FLYNN, INDIVIDUALLY,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Defendants **POT-O-GOLD RENTALS, LLC** and **DENNIS FLYNN, INDIVIDUALLY,**

("Defendants") file this Motion for Withdrawal and Substitution of Counsel, and in support

thereof, would show the Court the following:

**I.    REQUEST FOR SUBSTITUTION**

1.    Antonio Ramirez initially appeared as counsel of record on behalf of the

Defendants.

2.    Antonio Ramirez is withdrawing from this matter.

3.    Defendants continue to be represented by Carmen Jo Rejda-Ponce and Tiffany

Pham, and is now also represented by Sean O. Braun, who is a member of good

standing with this Court.

4.    This motion is not sought for purposes of prejudice or delay, but to clarify the record

concerning representation and to ensure proper notice is delivered to Defendants'

counsel of record.

## II.　PRAYER

For these reasons, Defendants ask the Court to grant its motion for withdrawal and to substitute counsel and issue an Order authorizing attorney Sean O. Braun to be substituted in place of Antonio Ramirez as Defendants' counsel in this case.

Respectfully submitted,

By: _____

**Carmen-Jo Rejda Ponce-Attorney-in-Charge**
State Bar No. 24079149
Fed. ID No. 1366666
crejdaponce@germer.com
**Tiffany Pham-Of Counsel**
State Bar No. 24100495
Fed. ID No. 3309872
tpham@germer.com
**Antonio Ramirez, III-Of Counsel**
State Bar No. 24113672
Federal ID. No. 3515678
aramirez@germer.com
**Sean O Braun-Of Counsel**
State Bar No.  24088907
Federal ID. No. 2210748
sbraun@germer.com
**GERMER PLLC**
America Tower
2929 Allen Parkway, Suite 2900
Houston, TX 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**COUNSEL FOR DEFENDANTS
POT-O-GOLD RENTALS, LLC AND
DENNIS FLYNN, INDIVIDUALLY**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have given my consent to the filing of this motion to have me withdrawn as attorney for Defendant.

Antonio Ramirez
Fed. ID No. 3515678

## CERTIFICATE OF CONFERENCE

The undersigned certifies that I conferred with Plaintiff's counsel via email on April 16, 2025, and Plaintiff is unopposed to the relief sought in this Motion.

**Tiffany U. Pham**

## CERTIFICATE OF SERVICE

I certify that on the 21st day of April, 2025, a copy of the foregoing document was filed was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record pursuant to the Federal Rules of Civil Procedure.

**Tiffany U. Pham**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DERRICK WEST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION 4:25-cv-559** |
| **POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY,** | § § § § | |
| **Defendants.** | § | |

### DEFENDANTS' ORDER GRANTING THEIR
### MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The Court considered Defendants' Motion to Withdraw and Substitute Counsel and finds that the Motion should be granted.

Therefore, it is ORDERED, that the Motion to Withdraw and Substitute Counsel is GRANTED.  Sean O. Braun is hereby substituted as Counsel for Defendant, and Antonio Ramirez is removed as counsel of record for Defendant.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE