Case 4:25-cv-00559   Document 14   Filed on 04/29/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK WEST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION 4:25-cv-559 |
| POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY, | § § § § | |
| Defendants. | § § | |

## DEFENDANTS' ORDER GRANTING THEIR
## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The Court considered Defendants' Motion to Withdraw and Substitute Counsel and finds that the Motion should be granted.

Therefore, it is ORDERED, that the Motion to Withdraw and Substitute Counsel is GRANTED. Sean O. Braun is hereby substituted as Counsel for Defendant, and Antonio Ramirez is removed as counsel of record for Defendant.

SIGNED this 29th day of April, 2025.



UNITED STATES DISTRICT JUDGE