United States District Court
Southern District of Texas
**ENTERED**
May 02, 2025
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE RICHARD W. BENNETT, PRESIDING
DATE: May 2, 2025
COURT REPORTER: ERO
MORNING: 10:06-10:07AM  AFTERNOON: _____
*************************************************************************

CIVIL NO. 4:25cv559

| | |
|---|---|
| Derrick West, | Douglas Burton Welmaker |
| Plaintiff | |
| Pot of Gold Rentals, LLC et al | Tiffany Uyen Pham |
| Defendants | |

*************************************************************************

MINUTE ENTRY ORDER:

The court conducted the Initial Conference and entered a Scheduling Order.

Signed this 2nd day of May 2025.

_____
Richard W. Bennett
United States Magistrate Judge