UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DERRICK WEST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION 4:25-cv-559 |
| **POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY,** | § § § § | |
| Defendants. | § § | |

## DEFENDANTS' NOTICE OF INITIAL DISCLOSURES

Defendants **POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY** (collectively "Defendants") submit their Notice of Initial Disclosures, and would respectfully show the Court as follows:

I.

On May 6, 2025, Defendants served their Initial Disclosures to all Parties that have entered an appearance to date. Defendants will continue to supplement as circumstances permit and as required by the Federal Rules of Civil Procedure.

II.

Defendants pray the Court take notice of such disclosure and for such other and further relief to which it may be entitled.

Respectfully Submitted,

*/s/ Tiffany Pham*

**Carmen-Jo Rejda Ponce-Attorney-in-Charge**
State Bar No. 24079149
Fed. ID No. 1366666
crejdaponce@germer.com
**Tiffany Pham-Of Counsel**
State Bar No. 24100495
Fed. ID No. 3309872
tpham@germer.com
**Sean O'Neal Braun-Of Counsel**
State Bar No. 24088907
Federal ID. No. 2210748
sbraun@germer.com
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, TX 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**Counsel for Defendants**
**POT-O-GOLD RENTALS, LLC AND**
**DENNIS FLYNN, INDIVIDUALLY**

## CERTIFICATE OF SERVICE

I certify that on the 6th day of May 2025, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all known counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Tiffany Pham*

**Tiffany Pham**