## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DERRICK WEST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION 4:25-cv-559** |
| **POT-O-GOLD RENTALS, LLC AND DENNIS FLYNN, INDIVIDUALLY,** | § § § | |
| **Defendants.** | § § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Derrick West and opt in Michal Nelloms ("Plaintiffs") and Defendants Pot-O-Gold Rentals, LLC and Dennis Flynn, individually ("Defendants") (collectively "the Parties") file this Joint Stipulation of Dismissal With Prejudice regarding Plaintiffs' claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiffs hereby dismiss, with prejudice, all claims against Defendants. Plaintiffs and Defendants will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiffs' claims against Defendants.

Respectfully submitted,


*/s/ Douglas B.Welmaker*
**Douglas Welmaker**
State Bar No. 00788641
**Welmaker Law, P.L.L.C.**
505 E. Magrill St.
Longview, TX 75601
(512) 799-2048 – Telephone
doug@welmakerlaw.com

**Counsel for Plaintiff**




**Carmen-Jo Rejda Ponce-Attorney-in-Charge**
State Bar No. 24079149
Fed. ID No. 1366666
crejdaponce@germer.com
**Tiffany Pham-Of Counsel**
State Bar No. 24100495
Fed. ID No. 3309872
tpham@germer.com
**Sean O'Neal Braun-Of Cousnel**
State Bar No. 24088907
Federal ID. No. 2210748
sbraun@germer.com
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, TX 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**Counsel for Defendants**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Joint Stipulation of Dismissal with Prejudice has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on July 22, 2025.

<u>*/s/ Douglas B. Welmaker*</u>
Douglas B. Welmaker