Case 4:25-cv-00559   Document 19   Filed on 07/24/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DERRICK WEST, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-00559 |
| § | |
| POT-O-GOLD RENTALS, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed on July 22, 2025. Doc. #18. In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear their own costs.

It is so ORDERED.

JUL 2 4 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge